IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perry, Charmaine S

Printed: 6/10/08

Case Number: 07 B 21748
Judge: Squires, John H
Filed: 11/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,043.38 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 975.56 |
| Trustee Fee: |  | 67.82 |
| Other Funds: |  | 0.00 |
| Totals: | 1,043.38 | 1,043.38 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 975.56 |
| 2. | Internal Revenue Service | Priority | 3,898.16 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 73.75 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 36.60 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 36.94 | 0.00 |
| 6. | 77th St Depot Federal Credit Union | Unsecured | 2,720.15 | 0.00 |
| 7. | Alliance One | Unsecured | 12.00 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 15.84 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 112.00 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 23.98 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 355.00 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 78.08 | 0.00 |
| 13. | Medley's Moving & Self Storage | Secured |  | No Claim Filed |
| 14. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 15. | Allied Data Corp | Unsecured |  | No Claim Filed |
| 16. | First Bank Of Delware | Unsecured |  | No Claim Filed |
| 17. | Credit Management Service | Unsecured |  | No Claim Filed |
| 18. | AFNI | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Genesis | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 23. | Providian Financial | Unsecured |  | No Claim Filed |
| 24. | Pinnacle Fincial Group Inc | Unsecured |  | No Claim Filed |
| 25. | Steven J Fink & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Perry, Charmaine S | Case Number: 07 B 21748 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 6/10/08 | Filed: 11/19/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Pay Day Loans | Unsecured | | No Claim Filed |
| 27. | Keynote Consuling | Unsecured | | No Claim Filed |
| 28. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 29. | Purpln/FBD | Unsecured | | No Claim Filed |
| 30. | Westbury | Unsecured | | No Claim Filed |
| 31. | Walomahk Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,855.50 | $ 975.56 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 67.82 |
| | _____ |
| | $ 67.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

